*E-Filed 6/10/11*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW SCHLAGER, | No. C 11-1186 RS (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| R. MIRANDA, | |
| Defendant. | |

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The acts complained of occurred at High Desert State Prison in Lassen County, which is in the Eastern District of California, and it appears that the defendant resides in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

**IT IS SO ORDERED**.

DATED: June 10, 2011

RICHARD SEEBORG
United States District Judge